UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LOMELI (1),<br><br>                      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | Civil No.: 16cv01659 JAH<br>Criminal No. 12cr02791 JAH<br><br>**ORDER GRANTING PETITIONER'S MOTION TO AMEND [Doc. No. 884]** |

      Pending before the Court is Petitioner's motion to amend to add two additional grounds for relief. He seeks to amend his motion to vacate to add two grounds for relief, ineffective assistance of counsel and denial of equal protection of the law. Amendment of a section 2255 motion is governed by Rule 15 of the Federal Rules of Civil Procedure. See 28 U.S.C. § 2242; Anthony v. Cambra, 236 F.3d 568, 576 (9th Cir. 2000). Pursuant to Rule 15(a), a party may amend his pleadings once as a matter of course before a responsive pleading is served and may seek leave of court to amend his pleading at any time during the pendency of the proceeding. See Mayle v. Felix, 545 U.S. 644, 654 (2005). Leave to amend should be given freely, but a court may deny a motion to amend if the motion is made in bad faith, there is prejudice to the opposing party, amendment would be futile or would unduly delay the proceedings. See Foman v. Davis, 371 U.S. 178, 182 (1962).

IT IS HEREBY ORDERED:

1. Petitioner's motion to amend is GRANTED.

2. Respondent shall file and serve a responsive pleading **no later than February 27, 2019**.

3. If Petitioner wishes to reply to Respondent's pleading, a traverse or other appropriate pleading must be filed **no later than March 20, 2019**.

DATED: January 30, 2019

_____
JOHN A. HOUSTON
United States District Judge